# APPENDIX A

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| Mickly McDaniel, *et al.*, | § § § | |
| Plaintiffs, | § | |
| *versus* | § § | Civil Action H-18-581 |
| Packaging Corporation of America, | § § § | |
| Defendant. | § | |

## Opinion on Personal Jurisdiction

1. *Background.*

Mickly McDaniel, Jimmel Baptiste, Cecil Ray Collins, Jr., Ernest David Collins, David Allan Martin, Adrian M. Phillips, Samuel Rogers, Ira Shane Welch, Sr., and Ira Shane Welch, Jr., were welders employed by Elite Specialty Welding. On February 8, 2017, they were working at Packing Corporation of America's mill in DeRidder, Louisiana, when a tank exploded, killing three people and injuring others.

Because the court does not have personal jurisdiction over Packaging, this case will be dismissed.

2. *General Jurisdiction.*

The court does not have general jurisdiction over Packaging. It is incorporated in Delaware, and its principal place of business is in Lake Forest, Illinois.

Packaging is not at home in Texas.[1] It has offices, plants, and mills in 33 states, including Texas. Each plant operates independently. Eight of its 146 plants and 630 of its 14,000 employees are in Texas. Packaging's contacts with Texas account for approximately five percent of its plants and employees.

---

[1] *See, e.g., Daimler AG v. Bauman*, 571 U.S. 117 (2014).

3. *Specific Jurisdiction.*

This claim does not arise out of Packaging's contacts with Texas. The explosion occurred at the DeRidder, Louisiana, mill, where the welders worked. The people responsible for the mill's safety worked there or at the Illinois headquarters. Also, Packaging contracted with Elite in Louisiana.

4. *Conclusion.*

This case will be dismissed for want of jurisdiction.

Signed on May 9, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
May 09, 2018
David J. Bradley, Clerk

| | |
|---|---|
| Mickly McDaniel, *et al.*, | § |
| Plaintiffs, | § |
| *versus* | §    Civil Action H-18-581 |
| Packaging Corporation of America, | § |
| Defendant. | § |

## Final Dismissal

Because the court does not have personal jurisdiction over Packaging Corporation of America, this case is dismissed for want of jurisdiction.

Signed on May 9, 2018, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge