IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DIVISION OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOE GOOCH, Individually and as Personal Representative of the Estate of Jody Lynn Gooch,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PACKAGING CORP. OF AMERICA, INC., and ELITE SPECIALITY WELDING, LLC<br><br>　　　　Defendants. | § § § § § § § § § § § § § § | Case No. 4:17-CV-01673 |

## **FINAL JUDGMENT**

　　Defendant PACKAGING CORP. OF AMERICA, INC.'s Motion for Summary Judgment is GRANTED. It is, therefore; ORDERED that all claims against Defendant PACKAGING CORP. OF AMERICA, INC. are DISMISSED WITH PREJUDICE. It is further; ORDERED that this is a FINAL JUDGMENT IN FAVOR OF DEFENDANTS.

　　Entered this _____ day of _____, 2019.


　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE